[No. 35916-9-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
WOOD GRAYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-07141-8, Bobbe J. Bridge, J., entered
December 13, 1994. *Dismissed* by unpublished per curiam
opinion.

[No. 35932-1-I.    Division One.    January 13, 1997.]

MICHAEL J. ELLERMAN, *Appellant*, v. CENTERPOINT
PREPRESS, INC., ET AL., *Defendants*, BETTY HANDLY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-17708-9, Maurice Epstein, J. Pro Tem.,
entered December 22, 1994. *Affirmed* by unpublished
opinion per Grosse, J., concurred in by Cox and Ellington,
JJ.

[No. 35949-5-I.    Division One.    January 13, 1997.]

PAUL SAMSON, ET AL., *Appellants*, v. TREND
DEVELOPMENT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-29091-8, Michael C. Hayden, J., entered
December 22, 1994. *Reversed* by unpublished opinion per
Grosse, J., concurred in by Baker, C.J., and Agid, J.

[No. 36015-9-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. S.M.A.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-03300-1, Mary Wicks Brucker, J., entered
January 19, 1995. *Dismissed* by unpublished per curiam
opinion.